UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

AMBER RENEE HOBBS

           Debtor(s).

Case No. 23-40398
Chapter 7

**ORDER GRANTING IN PART TRUSTEE'S OBJECTION TO EXEMPTION**

THIS MATTER having come before the Court on the Trustee's Objection to Exemption (Dkt. No. 36) filed on October 19, 2023, and with no objections having been filed and with good cause showing;

IT IS HEREBY ORDERED; That the Trustee's Objection is hereby granted in part to the Rental Deposit: John Shirley in the amount of $6,800, pursuant to Idaho Code § 55-1003

//end of text//

DATED: January 9, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by Patrick J. Geile, Chapter 7 Bankruptcy Trustee