Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**AMBER RENEE HOBBS,**<br><br>　　　　Debtor. | Case No: 24-40398-NGH<br><br>Chapter 7 |

### NOTICE OF CREDITOR CHANGE OF ADDRESS

PREVIOUS ADDRESS:

Amazon
PO Box 960013
Orlando, FL 32896

UPDATED ADDRESS:

Amazon
440 Terry Ave N
Seattle, WA 98109


DATED this 13 September 2024


　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Paul Ross_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL ROSS

CERTIFICATE OF SERVICE

    I hereby certify that on 13 September 2024 a copy of the "Motion to Withdraw" was mailed to the updated creditor address above.  Notice is also served on the US Trustee and Trustee of the above case, and others, via electronic means through the CM/ECF filing system.

                                                     /s/ Paul Ross_____
                                                   PAUL ROSS